In re ___Acceptance Insurance Companies Inc.___    Case No. _____
       Debtor    (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, please an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Acceptance Casualty Insurance Company  702 Oberlin Road, Box 10800, Ste. 300  Raleigh, NC 27605 | | | Purchase and Sale Agreement and Related Agreements  May 1, 2001 | x | x | x | 0 |
| ACCOUNT NO.  Acceptance Indemnity Insurance Company  702 Oberlin Road, Box 10800, Ste. 300  Raleigh, NC 27605 | | | Purchase and Sale Agreement and Related Agreements  May 1, 2001 | x | x | x | 0 |
| ACCOUNT NO.  Acceptance Insurance Company  300 West Broadway, Ste 1600  Council Bluffs, IA 51503 | | | Payroll reimbursement | | | | 4,074 |
| ACCOUNT NO.  ADP Investor Communication Ser  P.O. Box 23487  Newark, NJ 07189 | | | Public Company Services | x | x | x | 0 |
| ACCOUNT NO.  AICI Capital Trust  C/O Deutsche Bank Trust Dept.  60 Wall St., 27th FL – MS NYC60-2710  New York, NY 10005 | | | August 1997 Junior Subordinated Debentures matures August 2027  Principal $94,875,000  Interest $20,184,998 | | | | 0  0 |

Sheet no. 1 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)     4,074

Total > (Use only on last page of the completed Schedule F)     $

(Report total also on Summary of Schedules)

In re _____ Acceptance Insurance Companies _____    Case No. _____
_____ Debtor _____    (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Alabama Department of Revenue <br> P.O. Box 327431 <br> Montgomery, AL 36132-7431 | | | Licenses and Taxes | x | x | x | 0 |
| ACCOUNT NO. <br> American Growers Insurance Co. <br> 941 "O" Street <br> Lincoln, NE 68508 | | | Inter-Company Expenses and Agreements | x | x | x | 0 |
| ACCOUNT NO. <br> Aon Risk Services Inc of Nebraska <br> 75 Remittance Drive, Ste 1943 <br> Chicago, IL 60675-1943 | | | Insurance Agent | x | x | x | 0 |
| ACCOUNT NO. <br> Arizona Corporation Commission <br> 1300 West Washington <br> Phoenix, AZ 85007-2996 | | | Licenses and Taxes | x | x | x | 0 |
| ACCOUNT NO. <br> Stanley Beloat, Jr. <br> 2982 Neal Road <br> Grand Ridge, FL 32442 | | | Non-compete Agreement | x | x | x | 0 |
| ACCOUNT NO. <br> Benoit, Alexander, Harwood, HI <br> P.O. Box 366, 126 Second Ave N. <br> Twin Falls, ID 83303-0366 | | | Legal Services | x | x | x | 0 |

Sheet no. 2 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)

Total > (Use only on last page of the completed Schedule F)    $0

(Report total also on Summary of Schedules)

\

In re _____Acceptance Insurance Companies Inc.,_____          Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Berkley Risk Administrators Company 222 South Ninth St., Ste 1300 Minneapolis, MN 55402 | | | Claims Management Agreement | x | x | x | 0 |
| ACCOUNT NO. Rick Bird 9 N Madison St. Emmetsburg, IA 50536 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. Bose McKinney & Evans 2700 First Indiana Plaza, 135 N. Pennsylvania Indianapolis, IN 46204 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. Charles Boyle 17775 Whitmore St. Omaha, NE 68142 | | | Former Officer | x | x | x | 0 |
| ACCOUNT NO. James Brewer Route 1 Box 244-3 Charleston, MS 38921 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. Tom Buchanan 1312 Texas Avenue Lubbock, TX 79401 | | | Wrongful termination of employment | x | x | x | 13,000,000 |

Sheet no. 3 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)     13,000,000

Total > (Use only on last page of the completed Schedule F)     $

(Report total also on Summary of Schedules)

In re _____ Acceptance Insurance Companies Inc., _____    Case No. _____
            Debtor    (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> California Secretary of State <br> P.O. Box 944230 <br> Sacramento, CA 94244-2300 | | | Licenses and Taxes | x | x | x | 0 |
| ACCOUNT NO. <br> CCH Incorporated <br> P.O. Box 4307 <br> Carol Stream, IL 60197-4307 | | | Publications | x | x | x | 0 |
| ACCOUNT NO. <br> Clarendon National Insurance Company <br> 1177 Avenue of the Americas <br> New York, NY 10036 | | | Stock Purchase Agreement and Related Agreements <br> April 11, 2000 | x | x | x | 0 |
| ACCOUNT NO. <br> Clayton Sterling Assoc Inc. <br> 1712 Boulevard, P.O. Box 97 <br> Seaside Park, NJ 08752 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. <br> Cline, Williams, Wright, Johns <br> 1900 US Bank Building, 233 S. 13th Street <br> Lincoln, NE 68508 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. <br> Roger Coleman <br> P.O. Box 753 <br> Council Bluffs, IA 51502 | | | Maintenance Services | x | X | x | 0 |

Sheet no. 4 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)    0

Total > (Use only on last page of the completed Schedule F)    $

(Report total also on Summary of Schedules)

In re _____Acceptance Insurance Companies Inc.,_____    Case No. _____
_____Debtor_____    (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>David J. Collier<br>406 S. 48th St.<br>Omaha, NE 68132 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO.<br>Kenneth C. Coon<br>302 South 36th St., Ste 500<br>Omaha, NE 68131 | | | Former Officer | x | x | x | 0 |
| ACCOUNT NO.<br>Council Bluffs Chamber of Comm<br>P.O. Box 1565<br>Council Bluffs, IA 51502 | | | Services | x | x | x | 0 |
| ACCOUNT NO.<br>Floyd Crain<br>630 Caddo St.<br>Belcher, LA 71004 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO.<br>Corporation Service Company<br>P.O. Box 13397<br>Philadelphia, PA 19101-3397 | | | Services | x | x | x | 0 |
| ACCOUNT NO.<br>CT Corporation System<br>P.O. Box 4349<br>Carol Stream, IL 60197-4349 | | | Corporate Compliance Services | x | x | x | 0 |

Sheet no. 5 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)    $0

Total > (Use only on last page of the completed Schedule F)    $

(Report total also on Summary of Schedules)

01-654959.1

In re _____Acceptance Insurance Companies Inc.,_____     Case No. _____
        Debtor                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0 |
| Dennis Daggett 2262 Carver Road Winterset, IA 50273 | | | Former Officer | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| The Daily Nonpareil 117 Pearl Street Council Bluffs, IA 51502 | | | Office Supplies | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Delaware Secretary of State P.O. Box 74072 Baltimore, MD 21274-4072 | | | Licenses and Fees | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| The Depository Trust Company 55 Water Street, 49th Fl New York, NY 10041 | | | Public Company Services | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Deutsche Bank Trust Dept. 60 Wall St., 27th FL – MS NYC60-2710 New York, NY 10005 | | | Trust Fees | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Dickenson, Wright 50 Windward Ave, Ste 400 Detroit, MI 48626-3425 | | | Legal Services | x | x | x | |

Sheet no. 6 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)          0

Total > (Use only on last page of the completed Schedule F)          $

(Report total also on Summary of Schedules)

01-654959.1

In re      Acceptance Insurance Companies Inc.,                    Case No. _____
              Debtor                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Douglas County Treasurer<br>Civic Center, 1819 Farnam Street<br>Omaha, NE 68183-0003 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br>Myron Edleman<br>824 Hidden Valley Drive<br>Watertown, SD 57201 | | | Director Fees and Expenses | x | x | x | 0 |
| ACCOUNT NO.<br>Edward Elliott<br>520 Lake Cook Road, Ste 380<br>Deerfield, IL 60015 | | | Director Fees and Expenses | x | x | x | 0 |
| ACCOUNT NO.<br>Equiserve<br>4229 Collection Center Drive<br>Chicago, IL 60693 | | | Public Company Services | x | x | x | 0 |
| ACCOUNT NO.<br>FedEx<br>P.O. Box 1140<br>Memphis, TN 38101-1140 | | | Delivery Services | x | x | x | 0 |
| ACCOUNT NO.<br>Financial Accounting Standards<br>P.O. Box 30816<br>Hartford, CT 06150 | | | Publications | x | x | x | 0 |

Sheet no. 7 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)    $0

Total > (Use only on last page of the completed Schedule F)    $

(Report total also on Summary of Schedules)

01-654959.1

In re _____ Acceptance Insurance Companies Inc., _____          Case No. _____
                 Debtor                                                             (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>First National Bank<br>1620 Dodge Street, Stop 1060<br>Omaha, NE 68197 | | | Banking and Trust Services | x | x | x | 0 |
| ACCOUNT NO.<br>Florida Department of State<br>Division of Corp, P.O. Box 1500<br>Tallahassee, FL 32302-1500 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br>Franchises Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0551 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br>Fraser, Stryker, Meusey, Olson & Bloch, P.C.<br>500 Energy Plaza, 409 S. 17th Street<br>Omaha, NE 68102-2663 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO.<br>Freeborn & Peters<br>311 South Wacker Drive, Ste 3000<br>Chicago, IL 60606-6677 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO.<br>Georgeson Shareholder<br>111 Commerce Road<br>Carlstadt, NY 07072-2586 | | | Public Company Services | x | x | x | 0 |

Sheet no. 8 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)          $0

Total > (Use only on last page of the completed Schedule F)          $

(Report total also on Summary of Schedules)

In re _____Acceptance Insurance Companies Inc.,_____        Case No. _____
              Debtor                                                        (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Georgeson Shareholder Communications  P.O. Box 691759  Cincinnati, OH 45269-1759 | | | Public Company Services | x | x | x | 0 |
| ACCOUNT NO.  Mark Gerke  3699 HH Hwy  Pilot Grove, MO 65276 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO.  Granite Reinsurance Co LTD c/o Skiles Hansen Cook & DeTrude  150 East Market St., Ste 200  Indianapolis, IN 46204 | | | Reinsurance | | x | x | 9,000,000 |
| ACCOUNT NO.  Hanusa Co  1274 E. Pierce  Council Bluffs, IA 51503 | | | Supplies | x | x | x | 0 |
| ACCOUNT NO.  Joe Harrison  #2 Craig St., P.O. Box 355  De Valls, AR 72041 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO.  Hartford Fire Insurance Company  Hartford, CT 06115 | | | Indemnification Agreement | x | x | x | 0 |

Sheet no. 9 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >
(Total of this page)          9,000,000

Total >
(Use only on last page of the completed Schedule F)          $

(Report total also on Summary of Schedules)

01-654959.1

In re    Acceptance Insurance Companies Inc.,                    Case No. _____
          Debtor                                                          (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Hawkins Green House 5050 Park Avenue Des Moines, IA 503211 | | | Office Services | x | x | x | 0 |
| ACCOUNT NO. Randy Hinders 6423 NW 97th Street Johnston, IA 50131 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. Ben Hinkle 2975 Swan Pond Road Dongola, IL 62926 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. Holders of Trust Preferred Securities | | | See Attached Listing Principal Interest | | | | $94,875,000 $20,184,998 |
| ACCOUNT NO. Mitch Holland 172 Chaapel Hill Ed Flora, MS 39071 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. Ideal Pure Water P.O. Box 70 Boys Town, NE 68010 | | | Office Supplies | x | x | x | 0 |

Sheet no. 10 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >
(Total of this page)                115,059,998

Total >
(Use only on last page of the completed Schedule F)     $

(Report total also on Summary of Schedules)

01-654959.1

In re _____Acceptance Insurance Companies Inc.,_____          Case No. _____
              Debtor                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Intercall<br>P.O. Box 281866<br>Atlanta, GA 30384-1866 | | | Office Services | x | x | x | 0 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br><br>Cincinnati, OH 45999-030 | | | Taxes | x | x | x | 0 |
| ACCOUNT NO.<br><br>Iowa Western Community College<br>2700 College Road<br>Council Bluffs, IA 51503 | | | Employee Training Program | x | x | x | 0 |
| ACCOUNT NO.<br><br>The J.P. Cooke Co<br>1311 Howard Street, Box 3848<br>Omaha, NE 68103 | | | Office Supplies | x | x | x | 0 |
| ACCOUNT NO.<br><br>Wade Jensen<br>20128 445th Avenue<br>Lake Preston, SD 57249 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO.<br><br>Justrite Janitorial Services<br>1333 Lew Ross Road<br>Council Bluffs, IA 51502-0431 | | | Office Services | x | x | x | 0 |

Sheet no. 11 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page) | 0

Total > (Use only on last page of the completed Schedule F) | $

(Report total also on Summary of Schedules)

01-654959.1

In re _____Acceptance Insurance Companies Inc.,_____     Case No. _____
              Debtor                                                        (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Katten Muchen Zavis Rosenman 525 W. Monroe St., Ste 1600 Chicago, IL 60661-3693 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. Kentucky State Treasurer P.O. Box 1303 Frankfort, KY 40602-1303 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO. Kramer Levin Naftalis & Franke 919 Third Avenue New York, NY 10022-3852 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. KTG Enterprises Inc. 335 Parkwood Dr Council Bluffs, IA 51503 | | | Consulting Services | x | x | x | 0 |
| ACCOUNT NO. Lloyd Kuster 782 1st Avenue Reynolds, ND 58275 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. Edward Longman 2719 County Road Minonk, IL 61760 | | | Non-Compete Agreement | x | x | x | 0 |

Sheet no. 12 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >
(Total of this page)          0

Total >          $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

In re _____ Acceptance Insurance Companies Inc.,                    Case No. _____
                    Debtor                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0 |
| Georgia Mace 706 East Maple Missouri Valley, IA 51555 | | | Former Officer | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Tayne Magnuson 2744 Gifford Rd Council Bluffs, IA 51501 | | | Maintenance Services | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Larry Martin 418 Oakwood Drive Webster City, IA 50595 | | | Non-Compete Agreement | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| McCarthy Group, Inc. 1125 South 103rd Street, Ste 450 Omaha, NE 68124-1071 | | | Investment Advisory Services and Consulting | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| McCarthy Investment 1125 S 103rd St., Ste. 450 Omaha, NE 68124-1071 | | | Investment Advisor Services | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Mike McCarthy One Pacific Place, 1125 S. 103rd St., Ste 450 Omaha, NE 68124 | | | Director Fees and Expenses | x | x | x | |

Sheet no. 13 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)                $0

Total > (Use only on last page of the completed Schedule F)        $

(Report total also on Summary of Schedules)

01-654959.1

In re       Acceptance Insurance Companies Inc.,                    Case No. _____
            Debtor                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0 |
| McM Corporation 702 Oberlin Road, Box 10800, Ste. 300 Raleigh, NC 27605 | | | Purchase and Sale Agreement and Related Agreements May 1, 2001 | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Michael J. Mertz PMB 1557, 3700 S. Westport Ave. Sioux Falls, SD 57106 | | | Severance Agreement | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Montana Department of Revenue P.O. Box 5805 Helena, MT 59604-5805 | | | Licenses and Fees | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Terry Munson 225 Walnut Tiskilwa, IL 61368 | | | Non-Compete Agreement | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Nebraska Secretary of State 1305 State Capitol Lincoln, NE 68509 | | | Licenses and Fees | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Nebraska State Treasurer P.O. Box 94788 – Capital Building Lincoln, NE 68509 | | | Licenses and Fees | x | x | x | |

Sheet no. 14 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >
(Total of this page)                    0

Total >                                 $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

01-654959.1

In re _____Acceptance Insurance Companies Inc.,_____          Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0 |
| Doug Nelson P.O. box 569 Winner, SD 57580 | | | Non-Compete Agreement | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| John P. Nelson 11516 Miracle Hills Drive, Ste 102 Omaha, NE 68154 | | | Director Fees and Expenses | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Netspoke 38 Montvale Ave, Ste 180 Stoneham, MA 02180 | | | Office Services | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| New York Stock Exchange Inc. Grand Central Station, P.O. Box 4530 New York, NY 10163 | | | Public Company Services | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Omaha Print P.O. Box 2954 Omaha, NE 68103-2954 | | | Office Services | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Omaha Property & Casualty Co P.O. Box 34627 Bethesda, MD 20827 | | | Insurance Coverage | x | x | x | |
| Sheet no. 15 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | | 0 |
| | | | | | | Total > (Use only on last page of the completed Schedule F) | $ |

(Report total also on Summary of Schedules)

In re _____Acceptance Insurance Companies Inc.,_____          Case No. _____
                Debtor                                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Gaylord Pace 20013 Hwy W Milan, MO 63556 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. Parrott Central Control Service P.O. Box 159 Council Bluffs, IA 51502-0159 | | | Office Services | x | x | x | 0 |
| ACCOUNT NO. Payless Office Products 13467 Chandler Road Omaha, NE 68138 | | | Office Supplies | x | x | x | 0 |
| ACCOUNT NO. Philo Smith Capital Corp Financial Centre, 695 East Main Street Stamford, CT 06901 | | | Investment Banking Services | x | x | x | 0 |
| ACCOUNT NO. Pottawattamie County Treasurer 227 South 6th Street Council Bluffs, IA 51501 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO. Potter Anderson & Corroon LLP Hercules Plaza, P.O. Box 951 Wilmington, DE 19899-0951 | | | Legal Services | x | x | x | 0 |

Sheet no. 16 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)          0

Total > (Use only on last page of the completed Schedule F)          $

(Report total also on Summary of Schedules)

01-654959.1

In re _____ Acceptance Insurance Companies Inc., _____        Case No. _____
                          Debtor                                                                                    (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Redland Insurance Company 1177 Avenue of the Americas New York, NY 10036 | | | Stock Purchase Agreement and Related Agreements April 11, 2000 | x | x | x | 0 |
| ACCOUNT NO. Richards Layton & Finger PA One Rodney Square, P.O. Box 551 Wilmington, DE 19899 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. R.L. Richards 5131 Post Road, Ste 203 Dublin, OH 43017 | | | Director Fees and Expenses | x | x | x | 0 |
| ACCOUNT NO. R.R. Donnelley Receivables Inc. P.O. Box 730216 Dallas, TX 75372-0216 | | | Public Company Services | x | x | x | 0 |
| ACCOUNT NO. John C. Schraufnagel 2603 North 153rd Ave Omaha, NE 68116 | | | Consulting Services | x | x | x | 0 |
| ACCOUNT NO. Secretary of State – California 1500 11th Street Sacramento, CA 65814 | | | Licenses and Fees | x | x | x | 0 |

Sheet no. 17 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)    $0

Total > (Use only on last page of the completed Schedule F)    $

(Report total also on Summary of Schedules)

01-654959.1

In re _____Acceptance Insurance Companies Inc.,_____        Case No. _____
                    Debtor                                                                              (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Secretary of State<br>P.O. Box 1028<br>Columbus, OH 43216 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br>Secretary of State<br>Lucas Bldg First Floor<br>Des Moines, IA 50319 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br>Secretary of State<br>1305 State Capitol, P.O. Box 94608<br>Lincoln, NE 68509 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br>Jeff Sexton<br>1019 B Parks Pl Rd<br>Como, MS 38619 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO.<br>Silverstone Risk<br>300 W. Broadway #200<br>Council Bluffs, IA 51503 | | | Insurance Agent | x | x | x | 0 |
| ACCOUNT NO.<br>Smith Peterson Law Firm<br>35 Main Place, Ste 300<br>Council Bluffs, IA 51502 | | | Legal Services | x | x | x | 0 |

Sheet no. 18 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)        $0

Total > (Use only on last page of the completed Schedule F)        $

(Report total also on Summary of Schedules)

01-654959.1

In re _____ Acceptance Insurance Companies Inc.,_____                    Case No. _____

                                        Debtor                                                                      (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Sonnenschein Nath & Rosenthal<br>Dept. 894579<br>Los Angeles, CA 90189-4579 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO.<br><br>State of California – Secretary of State<br>P.O. Box 944230<br>Sacramento, CA 94244-2300 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br><br>State of Iowa – Div. of Labor Elevator Safety<br>1000 East Grand Avenue<br>Des Moines, IA 50319-0209 | | | Licenses and Fees | x | x | x | 0 |
| ACCOUNT NO.<br><br>State Tax Auditing & Research<br>1775 Arden Lane<br>Bethlehem, PA 18015 | | | Consulting Services | x | x | x | 0 |
| ACCOUNT NO.<br><br>Statewide Insurance<br>3602 E. Greenway Rd., Ste 102<br>Phoenix, AZ 85046 | | | Insurance Agent | x | x | x | 0 |
| ACCOUNT NO.<br><br>Roger Stordahl<br>6628 Lenola Heights<br>Wentworth, SD 57505-7313 | | | Severance Agreement | | | | 56,469 |

Sheet no. 19 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    46,054
(Total of this page)

Total >    $46,054
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

In re _____ Acceptance Insurance Companies Inc., _____    Case No. _____
                    Debtor                                                     (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Strasburger & Price, LLP<br>P.O. Box 849037<br>Dallas, TX 52849 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO.<br>Sungard Recovery Services<br>P.O. Box 91233<br>Chicago, IL 60693 | | | Computer Services | x | x | x | 0 |
| ACCOUNT NO.<br>Sutherland, Asbill & Brennan<br>1275 Pennsylvania Ave NW<br>Washington, DC 20004 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO.<br>Robert F. Swartzbaugh<br>1127 S. 112 Plaza<br>Omaha, NE 68144 | | | Litigation | x | x | x | 0 |
| ACCOUNT NO.<br>Patrick Thorson<br>16644 51st Street SE<br>Kinred, ND 58051 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO.<br>Bruce Travis<br>2167 110th St<br>Afton, IA 50830 | | | Non-Compete Agreement | x | x | x | 0 |

Sheet no. 20 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >                     0
(Total of this page)

Total >                     $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

In re _____Acceptance Insurance Companies Inc.,_____        Case No. _____
           Debtor                                                      (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0 |
| David Treadwell One Heritage Place, Ste 400 Southgate, MI 48195 | | | Director Fees and Expenses | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Treasurer of State of Ohio P.O. Box 27 Columbus, OH 43266-0027 | | | Licenses and Fees | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Treasurer of Virginia Clerk's Office, P.O. box 85022 Richmond, VA 23261-5022 | | | Licenses and Fees | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| U.S. Bank Cardmember Services, P.O. Box 742557 Cincinnati, OH 45274-2557 | | | Banking and Trust Services | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Doug Valassis 520 Lake Cook Road, Ste 380 Deerfield, IL 60015 | | | Director Fees and Expenses | x | x | x | |
| ACCOUNT NO. | | | | | | | 0 |
| Value Line Institutional Services 220 East 42nd Street, 6th FL New York, NY 10017-5891 | | | Public Company Services | x | x | x | |

Sheet no. 21 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     0
(Total of this page)

Total >     $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

In re _____ Acceptance Insurance Companies Inc., _____        Case No. _____
        Debtor                                                                (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bob Webber <br> 2205 Mimosa Drive <br> Olney, IL 62450 | | | Non-Compete Agreement | x | x | x | 0 |
| ACCOUNT NO. <br> Richard Weill <br> 113 King Street <br> Armonk, NY 10504 | | | Director Fees and Expenses | x | x | x | 0 |
| ACCOUNT NO. <br> White & Case <br> P.O. Box 11467 <br> New York, NY 10286-1467 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. <br> Whitfield & Eddy P.L.C. <br> 317 Sixth Ave, Ste 1200 <br> Des Moines, IA 50309-4195 | | | Legal Services | x | x | x | 0 |
| ACCOUNT NO. <br> World Investor Link Inc <br> 601 Moorefield Park Drive <br> Richmond, VA 23236-3654 | | | Public Company Services | x | x | x | 0 |
| ACCOUNT NO. <br> Agriserve, Inc. <br> Taylor, Feilmeyer & Wendl P.L.C. <br> Carol A. Wendl, Esq. <br> P.O. Box 37, Guthrie Center, IA 50115 | | | Plantiff | x | x | x | 0 |

Sheet no. 22 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)    0

Total > (Use only on last page of the completed Schedule F)    $

(Report total also on Summary of Schedules)

In re _____Acceptance Insurance Companies Inc.,_____                    Case No. _____
                        Debtor                                                                                      (If known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Continental Tree Farm, Inc. | | | Plantiff | x | x | x | 0 |
| ACCOUNT NO. DeBuff Andriolo & Refling Richard Andriolo 670 Ferguson Ave. #3, Bozeman, MT 59718 | | | Plantiff | x | x | x | 0 |
| ACCOUNT NO. Travis Insurance, Inc. / AgraTrade Financing Moore, Clark, Duvall & Rogers, P.C. David A. Garland @829 Old Dawson Rd., Albany, GA 31708 | | | Plantiff | x | x | x | 0 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 23 of 23 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > (Total of this page)        | 0

Total > (Use only on last page of the completed Schedule F)        | $137,110,126

(Report total also on Summary of Schedules)

01-654959.1