Insurance and Finance Companies Inc
Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

100   2,500        532   3,032
ROBERT K HERBST & CAROLYN M
HERBST TTEE ROBERT K & CAROLYN
M HERBST JT REVOCABLE TRUS U/A
DTD 05/18/00
N15817 OLD 182 RD
PARK FALLS WI                      54552

100   2,500        532   3,032
MAX S BERNSTEIN
IRA
TD WATERHOUSE BANK CUSTODIAN
11 PARK PL CIRCLE
CRANBURY NJ  08512-3245

100   2,500        532   3,032
PAUL NICK SEPULVADO &
VICKY LYNN SEPULVADO JT TEN
8969 TURNER DRIVE
SHREVEPORT LA  71118-2728

100   2,500        532   3,032
A N MCCALLUM MD LTD PSP FBO
A N MCCALLUM MD UA 10 01 80
A N MCCALLUM TR
137 RIDGEWAY DRIVE
LAFAYETTE LA  70503-3405

100   2,500        532   3,032
SANDRA KENDALL
21 BARSTOW RD APT 5F
GREAT NECK        NY 11021-2204

100   2,500        532   3,032
GEORGE TEBOLT
BOX 149
SPENCERTOWN      NY 12165-0149

100   2,500        532   3,032
RICHARD M LEMKE
30 TRUMBULL

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

MERIDEN        CT 06451-3929

100   2,500      532   3,032
      PATRICIA J DAMORE
      95 WEBSTER STREET
      BOSTON          MA 02128-2708

100   2,500      532   3,032
      BRIAN R SCANLAN
      26 COLGATE RD
      BEVERLY         MA 01915-5602

100   2,500      532   3,032
      ADVEST INC. C/F
      WERNER M GUENTHER
      IRA ROLLOVER
      3 MABEL AVE
      DANBURY         CT 06811-3740

100   2,500      532   3,032
      GLENN A JOHNSON &
      JOAN B JOHNSON JT TEN
      121 BROOKSIDE BLVD
      PITTSBURGH      PA 15241-1564

100   2,500      532   3,032
      JULIUS H LINKKILA
      131 ELLIOTT ROAD
      BROOKLYN        CT 06234-1408

100   2,500      532   3,032
      GEORGE REINHARDT JR
      1327 BERRY ST
      PITTSBURGH      PA 15204-2439

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | | Interest | Claim |
|--------|-----|---|----------|-------|
| 100 | 2,500 | 532 | 3,032 | |

LILA CHAN
1651 OAK ST
LEBANON          PA 17042-5849

| 100 | 2,500 | 532 | 3,032 |

ADVEST INC. C/F
JOHN F FEHLING
IRA
5804 POTOMAC
SAINT LOUIS      MO 63139-1927

| 100 | 2,500 | 532 | 3,032 |

ELIZABETH A ADAMS
429 RIES ROAD
BALLWIN          MO 63021-6363

| 100 | 2,500 | 532 | 3,032 |

RICHARD M SAFTNER &
FRANCES B SAFTNER JT TEN
264 STEEPLECHASE DRIVE
EXTON            PA 19341-3118

| 100 | 2,500 | 532 | 3,032 |

ADVEST INC. C/F
MARILYN SPIRER
SPOUSAL IRA
5000 5TH AVE APT 308
PITTSBURGH       PA 15232-2150

| 100 | 2,500 | 532 | 3,032 |

ADVEST INC. C/F
ALEXANDER A THOMAS
SPOUSAL IRA
2003 HIGHVIEW DR
BELLE VERNON     PA 15012-3890

| 100 | 2,500 | 532 | 3,032 |

VICKI BEZERDI &
JASON BEZERDI &
DOUGLAS BEZERDI JT TEN
200 HAWTHORNE COURT

Acceptance Insurance Companies Inc.
Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

PITTSBURGH        PA 15221-4400

100   2,500        532   3,032
      SALLY J SECHLER
      175 BEN FRANKLIN ROAD NORTH
      INDIANA           PA 15701-1540

100   2,500        532   3,032
      ADVEST INC. C/F
      MICHAEL H JOHNSON
      IRA ROLLOVER
      12 MARCOLINE DRIVE
      HOME              PA 15747-7703

100   2,500        532   3,032
      ARTHUR BRODY &
      ANNETTE BRODY JT TEN
      21365 CYPRESS HAMMOCK DR
      APT 20F
      BOCA RATON        FL 33428-1980

100   2,500        532   3,032
      MARVIN S WATKINS CUST
      MANDY I WATKINS
      UNIF GIFT MIN ACT PA
      201 KINGSBERRY CIR #317
      PITTSBURGH        PA 15234-1054

100   2,500        532   3,032
      JUDITH K UHLIG
      24 MUSH DAHL RD
      NEW RINGGOLD      PA 17960-9080

100   2,500        532   3,032
      RUSSELL K LIGHT &
      MARGARUEITE J LIGHT JT TEN
      431 SOUTH 12TH STREET
      LEBANON           PA 17042-6618

100   2,500        532   3,032
      ALBERT LEE CRUSH &

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

PAMELA V CRUSH JT TEN
1809 FAIRWAY DRIVE
LA GRANGE       KY 40031-9685

| 100 | 2,500 | 532 | 3,032 |

ROBERT H CHICOINE
92 RILEY STREET
PAWTUCKET       RI 02861-1120

| 100 | 2,500 | 532 | 3,032 |

MAC F GODING
HCR 63 BOX 730
RATON
NM    87740

| 100 | 2,500 | 532 | 3,032 |

MARGERY M FRIES
2021 GLEN FLORA
WAUKEGAN
IL    60085

| 100 | 2,500 | 532 | 3,032 |

494 472
NORMAN M SMITH AND
HELEN D SMITH           JTWROS
513 IOWA AVE
COUNCIL BLUFFS IA 51503-5050

| 100 | 2,500 | 532 | 3,032 |

619 050
DONALD O KARBONIC  AND
JOHANNA KARBONIC  JTWROS
16 NORTHFIELD RD
ENFIELD CT 06082-4240

| 100 | 2,500 | 532 | 3,032 |

625 721
SAMUEL OLTCHICK
9774 S ARBOR VIEW DR
BOYNTON BEACH FL 33437-5930

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

100   2,500      532   3,032
      A G EDWARDS & SONS C/F
      WILLIAM P VERMEULEN
      IRA ACCOUNT
      34 HARVEY STREET
      ST. JOHNSBURY VT 05819


100   2,500      532   3,032
      U.S. BANK  N.A.   IRA CUSTODIAN FOR
      ANTHONY G HEINER
      7005 GRASS VALLEY ROAD
      RENO                NV 89510


100   2,500      532   3,032
      IRA FBO   GEORGE JOHNSON
      PERSHING LLC AS CUSTODIAN
      ROLLOVER ACCOUNT
      248 HAWTHORNE DR
      NORTH BENTON OH 44449-9712


100   2,500      532   3,032
      IRA FBO EARL E KNIGHT
      TRP TRUST CO CUSTODIAN
      ROLLOVER ACCOUNT
      30 SILVER OAK DR
      PORT ST LUCIE FL 34952-8565


100   2,500      532   3,032
      JOSEPH JON PORCARO
      101-62 106TH ST.
      OZONE PARK NY 11416


100   2,500      532   3,032
      FISERV SECURITIES INC A/C/F
      JOSEPH CERAMI STD IRA
      6011 SARAGOSSA AVE.
      NEW PORT RICHEY FL 34653


100   2,500      532   3,032
      ROSEMARY L DE BARTOLO
      1616 W. DOWNER PLACE
      AURORA                IL 60506

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
| --- | --- | --- | --- |

100    2,500        532    3,032
FMT CO CUST IRA
FBO HARVEY L HELLERING
75 JEAN CT
RIVERHEAD              NY 11901-6305


100    2,500        532    3,032
FMT CO CUST IRA ROLLOVER
FBO GILBERT AVILA
PO BOX 3733
HEMET                 CA 92546-3733


100    2,500        532    3,032
CARMEN L HERNANDEZ
310 E 46TH STREET
APT 5-L
NEW YORK              NY 10017-3036


100    2,500        532    3,032
ADVEST INC. C/F
ANDREW J TRIOLO
IRA ROLLOVER
287 LINDEN ST
MASSAPEQUA PARK   NY 11762-1130


100    2,500        532    3,032
ADVEST INC. C/F
ANNETTE TESTA
SPOUSAL IRA
3103 FAIRFIELD AVE
BRONX                 NY 10463-3242


100    2,500        532    3,032
VALERIE A WOODLEY
1278 CLUB VIEW DR
CENTERVILLE       OH 45458-6080


100    2,500        532    3,032

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

NFS/FMTC ROLLOVER IRA
FBO ANN POWER
1225 76TH STREET 6B
NORTH BERGEN              NJ 07047


100   2,500        532   3,032
FMT CO CUST SEPP IRA
FBO SUSAN YVONNE FRIEDMAN
16 COLLISTON RD
BRIGHTON              MA 02135-7871


100   2,500        532   3,032
MARTIN SCHWARTZ
1664 49TH ST
BROOKLYN              NY 11204


100   2,500        532   3,032
NFS/FMTC ROLLOVER IRA
FBO MARYLYN K PIEPMEIER
600 W 6TH
APPLETON CITY              MO 64724


100   2,500        532   3,032
NFS/FMTC ROLLOVER IRA
FBO DALE W PIEPMEIER
600 W 6TH
APPLETON CITY              MO 64724


100   2,500        532   3,032
SEYMOUR GITKIN
8238 E SIERRA PINTA DR
SCOTTSDALE              AZ 85255-3951


100   2,500        532   3,032
VIRGINIA P GILL TTEE
GILL FAMILY EXEMPTION TRUST
U/A 09/20/89
934 JUANITA DR
WALNUT CREEK              CA 94595-1357

Acceptance Insurance Companies Inc.
Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

100   2,500        532   3,032
ALLISON P ANDERSON LIGON
JASON LIGON
364 EASTERN AVE
ELSMERE              KY 41018-1924


100   2,500        532   3,032
ROBERT P L BROGNA TTEE
ROBERT P L BROGNA LIVING TRUST
U/A 12/23/02
4811 HONEY RIDGE LANE
MERRITT ISLAND          FL 32952


100   2,500        532   3,032
DENNIS C BELLI
844 S FRONT ST
COLUMBUS            OH 43206-2543


100   2,500        532   3,032
BETH A MCCONNELL
INDIVIDUAL RETIREMENT ACCOUNT
RBC DAIN RAUSCHER CUSTODIAN
36010 160TH RD
KEARNEY  NE  68847


100   2,500        532   3,032
SUSAN K REINHART
INDIVIDUAL RETIREMENT ACCOUNT
RBC DAIN RAUSCHER CUSTODIAN
8815 CUTHILLS DRIVE
LINCOLN  NE  68526


100   2,500        532   3,032
MARGARET BRITLAND &
JOHN L BRITLAND JTTEN
20000 US 19 NORTH
LOT 405
CLEARWATER FL  33764-5087


100   2,500        532   3,032
JOAN C ROBISON
5440 ROSA AVE


269

Preferred Security Non-Objecting Owners
As of 12/23/2004

Shares        Par           Interest      Claim

          ST LOUIS MO  63109-3246


100    2,500        532   3,032
       EDWARD D JONES & CO CUSTODIAN
       FBO IRMGARD N TAYLOR        IRA
       P O BOX 11735
       SHOREWOOD WI  53211-0735


100    2,500        532   3,032
       SHARON ANN WILDEROTTER &
       WILLIAM WILDEROTTER JTWROS
       14351 MARSH HAMMOCK DR S
       JACKSONVILLE FL  32224-1869


100    2,500        532   3,032
       LILA D BROWN
       6 HENLEY ROAD
       FARMINGDALE NY  11735-2011


100    2,500        532   3,032
       JOHN NARBUTT
       164-18 72ND AVE
       FLUSHING              NY 11365


100    2,500        532   3,032
       CELESTYN MACIEJEWSKI
       IRENE MACIEJEWSKI JT TEN
       1636 HOLDEN ST
       PORT WASHINGTON       WI 53074


100    2,500        532   3,032
       LEON L KULESZA
       SHIRLEY A KULESZA JT TEN
       27554 NEWPORT
       WARREN               MI 48088

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

100   2,500        532   3,032
      SCOTTRADE INC TR FBO
      JOHN D FRAZIER IRA
      35 MAGNOLIA AVE
      SHALIMAR              FL 32579


100   2,500        532   3,032
      CUST FPO
      RUTH ROSENFELD IRA
      FBO RUTH ROSENFELD
      26 SPARROW CIR
      WHITE PLAINS NY 10605


100   2,500        532   3,032
      TIMOTHY C NOWELL ROLLOVER IRA
      AMERITRADE INC CUSTODIAN
      5017 S 171ST AVE
      OMAHA  NE  68135


100   2,500        532   3,032
      LEO V STOCK TRUSTEE
      LEO V STOCK REV TR DTD 5-28-97
      3514 BEL-NOR DR
      ST JOSEPH MO 64506


100   2,500        532   3,032
      LISA M. KUNCL IRA
      AMERITRADE INC CUSTODIAN
      1513 SOUTH 76TH
      OMAHA  NE  68124-1621


100   2,500        532   3,032
      STOCK GROWERS
      INVESTMENT CLUB INVESTMENT CLUB
      ATTN: STEVEN J. WELBOURNE
      PO BOX 275
      MINDEN  IA  51553


100   2,500        532   3,032
      CHRISTOPHER BIRCH
      7439 GRANDVIEW DR
      AVON  IN  46123

Preferred Security Non-Objecting Owners
As of 12/23/2004


Shares        Par        Interest    Claim


100   2,500       532   3,032
      GLADYS EPSTEIN REV TRUST
      GLADYS EPSTEIN TTEE
      DTD 12/30/89
      12 SAGAMORE DRIVE
      PLAINVIEW NY 11803


100   2,500       532   3,032
      JAMES A CRAVEN &
      JOYCE F BUNCH
      13771 SHOEMAKER RD
      EXCELSIOR SPRINGS
      MO  64024-7239


100   2,500       532   3,032
      LUANN J ADAMS IRA
      RAYMOND JAMES & ASSOC INC CSDN
      31564 HUNTERS CREEK DR
      WESTLAKE OH 44145-6813


100   2,500       532   3,032
      JOHN K COLLIGAN RIRA
      RAYMOND JAMES & ASSOC INC CSDN
      7708 KINGSLEY DR
      DENHAM SPRINGS LA 70706-8518


100   2,500       532   3,032
      JO A RUFFCORN &
      CYRIL RUFFCORN JT/WROS
      637 E SAVANNAH ST
      CORONA AZ 85641-2341


100   2,500       532   3,032
      WALTER F BECKER
      AURELIE BECKER   JTWROS
      4300 44 STREET SOUTH
      ST PETERSBURG FL 33711


100   2,500       532   3,032
      MARTHA POPE &


272

Acceptance Insurance Companies

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | | Interest | Claim |
|--------|-----|--|----------|-------|

JAMES POPE   JT-TEN
38058 CIRCOLO ST
HARRISON TOWNSHIP MI
48045-3418580                     48045


100   2,500        532   3,032
CHARLES W HUNTER &
CATHERINE J HUNTER &
DONNA F ELROD &
CATHY A WITHERSPOON          JT-TEN
6307 E BASS LAKE RD N E
KALKASKA MI 49646-9012

100   2,500        532   3,032
KENNETH LEVAN REV LIVING TRUST
KENNETH LEVAN TTEE
UAD 1-17-97
34701 MORNING GLORY GLN
ZEPHYRHILLS FL 33541-2481


100   2,500        532   3,032
STEPHANIE T JACHCIENSKI TTEE
U/A DTD 8/22/02
STEPHANIE T JACHCIENSKI TRUST
3150 NE 36TH AVE LOT 383
OCALA FL  34479-3162


100   2,500        532   3,032
WILLIAM J WOLF LIVING TRUST
WILLIAM J WOLF TTEE
& JOSEPH L WOLF CO TTEE
914 HIGHWAY K
O FALLON MO 63366


100   2,500        532   3,032
ANNE BAUER GOHMANN
2100 KENTON LN
LIBERTYVILLE IL  60048-1500


100   2,500        532   3,032
GARY L HELLER &
DEBRA A HELLER
JT TEN WROS
13450 SHERWOOD AVE
OMAHA NE  68164-4042

Preferred Security Non-Objecting Owners
As of 12/23/2004


Shares        Par          Interest      Claim


100   2,500        532   3,032
      RALPH K WEMMER &
      DOROTHY JEAN WEMMER
      JT TEN WROS
      3411 S 116TH AVE
      OMAHA NE  68144-4636


100   2,500        532   3,032
      BURL D VINTON &
      MYRA SUE VINTON
      JT TEN WROS
      56910 195TH STREET
      PACIFIC JCT IA  51561-4139


100   2,500        532   3,032
      EMILY M BALDWIN
      12218 S ADA STREET
      CHICAGO IL  60643-5406


100   2,500        532   3,032
      MAMIE BERKENPAS TTEE
      MAMIE BERKENPAS TRUST
      U/A DTD 10/27/92
      725 BALDWIN APT #1023
      JENISON MI  49428-7945


100   2,500        532   3,032
      PAUL E STEMPER
      N6306 HWY E
      FREDONIA WI  53021-6221


100   2,500        532   3,032
      IRENE B HAMMER
      1810 LEONARD NW
      GRAND RAPIDS MI  49504-3954


100   2,500        532   3,032
      ROBERT V JOHNSON &
      CAROL J JOHNSON
      JT TEN WROS

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

    8881 S COUNTRY DR APT 104
    OAK CREEK WI  53154-3887

100  2,500      532  3,032
    PIMOLPUN POLIZZI (DECD)
    1416 PRAIRIE ROSE LN
    WILDWOOD MO  63038

100  2,500      532  3,032
    ROBERT W BAIRD & CO INC TTEE
    FBO JOCELYN FOTHERGILL
    IRA - DECEASED
    JACKSON FOTHERGILL BENEFICIARY
    3912 HICKORY KNOLL RD
    HARTLAND WI  53029-9362

100  2,500      532  3,032
    CYNTHIA J WELSH R/O IRA
    FCC AS CUSTODIAN
    529 LINCOLN AVE
    ERIE PA  16505-2451

100  2,500      532  3,032
    RUTH F YOUNGBAUER
    W238 N6542 ELMWOOD AVENUE
    SUSSEX WI  53089-3139

100  2,500      532  3,032
    JAMES H ZINDL SEP IRA
    FCC AS CUSTODIAN
    P.O. BOX 223
    SUSSEX WI  53089-0223

100  2,500      532  3,032
    STIFEL NICOLAUS CUSTODIAN FOR
    HAL W KAIN IRA R/O
    1900 GRACE AVENUE LOT 1097
    HARLINGEN TX  78550-3530

100  2,500      532  3,032

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
| --- | --- | --- | --- |

MARY B MCHANEY TRUSTEE
FOR THE MARY B MCHANEY TRUST
UTD 11/2/95
423 CRYSTAL VIEW TERRACE
JEFFERSON CTY MO  65109-0959


| 100 | 2,500 | 532 | 3,032 |
| --- | --- | --- | --- |

MAXINE C SAWYER IRA
FCC AS CUSTODIAN
N1486 S LAKE RD
CAMPBELLSPORT WI  53010-3426


100   2,500        532   3,032
NICKOLAS N SYPNIEWSKI IRA R/O
FCC AS CUSTODIAN
9722 SYCAMORE TRACE CT
CINCINNATI OH  45242-6039


100   2,500        532   3,032
PTC CUST IRA FBO
MARIA L THORS
17010  EQUESTRIAN TRAIL
ODESSA FL  33556


100   2,500        532   3,032
ELIZABETH R BRAUM
17903 174TH RD
DENISON KS  66419-9676


100   2,500        532   3,032
NEALE R BLOCK
3023 S 94TH STREET
WEST ALLIS WI  53227


100   2,500        532   3,032
H JAMES BOYSEN AND
JANICE M BOYSEN JTTEN
38599 TAMARAK ROAD
SHELBY IA  51570

Preferred Security Non-Objecting Owners
As of 12/23/2004

Shares        Par          Interest     Claim


100   2,500        532   3,032
      JOHN W GOHMANN
      14047 PETRONELLA DR #201
      LIBERTYVILLE IL   60048


100   2,500        532   3,032
      STANLEY L DEFRIES &
      ALICE JO DEFRIES TR
      STANLEY L DEFRIES TRUST
      U/A DATED 8-5-91
      4808 BRANDON WOODS PL
      LAWRENCE KS   66047-2083

100   2,500        532   3,032
      GRACE DIAZ TR
      GRACE DIAZ TRUST
      U/A DATED 6-8-89
      6901 N QUINCY AVENUE
      KANSAS CITY MO   64119-5476


100   2,500        532   3,032
      BOBBIE L GAITHER
      6025 75TH ST
      LUBBOCK TX 79424-1935


100   2,500        532   3,032
      JAMES STADELMANN
      7233 SOUTH CAMPBELL
      CHICAGO  IL  60629-1408


100   2,500        532   3,032
      EARL J SKARDA IRA
      FCC AS CUSTODIAN
      N68 W25921 BRIGHTON DR
      SUSSEX WI   53089-2505


100   2,500        532   3,032
      THOMAS C. KANE TTEE
      THOMAS C. KANE TRUST

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

DTD 3/21/02
51 VALLEJO ST
PETALUMA CA  94952-3253


100   2,500      532   3,032
JEFFREY LARSON
1207 117TH STREET
NEW RICHMOND WI  54017-7161



100   2,500      532   3,032
KATHRYN I RUSSELL TR
KATHRYN I RUSSELL REV LIVING
TRUST U/A DATED 12/19/96
221 HIGH ST
BALDWIN CITY KS  66006-4101


100   2,500      532   3,032
JUDITH I NELSON
2307 RAINBOW AVE
BLOOMINGTON IL  61704-2331



100   2,500      532   3,032
CYNTHIA PETERSON
801 OCEAN AVE
LONG BRANCH    NJ  07740-9009



100   2,500      532   3,032
MS REGINA ORZEL
9405 W HOWARD AVE #355
GREENFIELD WI  53228-1456



100   2,500      532   3,032
HELEN R MEANS IRA
FCC AS CUSTODIAN
8 FISH HAWK DR
AMELIA ISLAND FL  32034

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | | Interest | Claim |
|--------|-----|-----|----------|-------|
| 100 | 2,500 | 532 | 3,032 | |

M COLLETTE LEE
3128 S 107 AVE
OMAHA NE  68124-2452

| 100 | 2,500 | 532 | 3,032 | |

GILDA ISRAEL
7272 FALLS RD E
BOYNTON BEACH FL  33437-6334

| 100 | 2,500 | 532 | 3,032 | |

HARRY T MALTBY JR IRA R/O
FCC AS CUSTODIAN
10040 REGAL PARK LANE
APT 137
DALLAS TX  75230-5540

| 100 | 2,500 | 532 | 3,032 | |

MARGARET A LUEKER IRA
FCC AS CUSTODIAN
2760 CEDAR AVENUE
LONG BEACH CA  90806-2526

| 99 | 2,475 | 527 | 3,002 | |

NANCY J SHAFER BENE
ALVERA TRAXLER DECD CNDT IRA
TD WATERHOUSE BANK CUSTODIAN
5133 BUCHANAN RD
DELRAY BEACH FL  33484-4211

| 99 | 2,475 | 527 | 3,002 | |

CAROL J SCHULTE BENE
ALVERA TRAXLER DECD CNDT IRA
TD WATERHOUSE BANK CUSTODIAN
3 GREYSTOKE CT
BALLWIN MO  63021-4440

| 96 | 2,400 | 511 | 2,911 | |

DAVID M STULL &
LINDA M STULL JTWROS
13568 OLD LAKE RD
E SPRINGFIELD PA  16411-9725

279

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
| --- | --- | --- | --- |

90    2,250      479   2,729
      HILLIARD LYONS CUST FOR
      DAVID A FEIDLER  SEP-IRA
      HC1  BOX 468
      SHEFFIELD PA  16347-9720


89    2,225      473   2,698
      STIFEL NICOLAUS CUSTODIAN FOR
      AUDREY J HERCULES ROTH IRA
      3024 BRIGHTWOOD
      SAINT CHARLES MO  63303-6505


85    2,125      452   2,577
      JOSEPH F REYNOLDS
      CUSTODIAN FOR
      ELISABETH A REYNOLDS
      UNIFORM TRANSFER TO MINORS PA
      11428 EAST MAIN ST
      NORTH EAST PA  16428-3630

85    2,125      452   2,577
      KRISTINA K GILLESPIE
      35339 QUARTERMANE CIRCLE
      BENTLEYVILLE OH  44139-2469


84    2,100      447   2,547
      DOUGLAS M BRACKEN C/F
      MORGAN C BRACKEN UTMA PA
      6717 RICHARDSON RD
      FAIRVIEW PA  16415-1659


80    2,000      426   2,426
      HILLIARD LYONS CUST FOR
      JOHN J YASUREK III  SEP IRA
      60 WATER ST  PO BOX 89
      LUDLOW PA  16333-0089


76    1,900      404   2,304
      234 029

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

*** RICK TORGERUD
CGM IRA CUSTODIAN
3608 ROLLINGVIEW DRIVE
WHITE BEAR LAKE MN 55110-4926

| 75 | 1,875 | 399 | 2,274 |

BLANE E ANTHONY
4477 S ROAD
TALMAGE NE 68448-3062

| 75 | 1,875 | 399 | 2,274 |

IRA FBO KATHLEEN WITTLER
PERSHING LLC AS CUSTODIAN
1724 S 48TH RD
TALMAGE NE 68448-3019

| 74 | 1,850 | 394 | 2,244 |

ADVEST INC. C/F
PHYLLIS N KATZ
IRA
144 N DITHRIDGE ST
APT 814
PITTSBURGH     PA 15213-2625

| 74 | 1,850 | 394 | 2,244 |

JAMES O CAMPBELL &
CAROLYN M CAMPBELL
826 OVERLOOK PLACE
ANCHORAGE AK  99501-3284

| 74 | 1,850 | 394 | 2,244 |

DUDLEY H GREEN AND
VIRGINIA R GREEN JTWROS
12115 WABASH AVE
COUNCIL BLFS IA  51503-7061

| 70 | 1,750 | 372 | 2,122 |

DAVID FREEMAN
2729 N UNIVERSITY DR #108
WAUKESHA WI  53188-1457

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

67   1,675      356   2,031
EDITH BIANCHINI GUARAGLIA TR
KAREN M LOWE TTEE
FBO RYAN LOWE
U/A DATED 8/16/93
105 CAMPANULA PLACE
LOS GATOS CA  95032-2435

67   1,675      356   2,031
EDITH BIANCHINI GUARAGLIA TR
KAREN M LOWE TTEE
FBO JASON LOWE
U/A DTD 8/16/93
105 CAMPANULA PLACE
LOS GATOS CA  95032-2435

66   1,650      351   2,001
551 561
GARY L. BIANCHINI TTEE
EDITH BIANCHINI GUARAGLIA
1993 REV. TRUST U/A/D 8/16/93
FBO: JAMES L. BIANCHINI
155 NEWCOMB STREET
SONOMA CA 95476-7456

65   1,625      346   1,971
HILLIARD LYONS CUST FOR
C ANDREW OMARK  ROTH-IRA
CONTRIBUTORY ACCOUNT
842 PARK PLACE DRIVE
PALATINE IL  60067-6962

60   1,500      319   1,819
HILLIARD LYONS CUST FOR
JAMES A LISI  SEP-IRA
411 KELSO DRIVE LOT #23
ERIE PA  16505-1979

60   1,500      319   1,819
HILLIARD LYONS CUST FOR
MARK D PRUYN  IRA
1034 NEWTON AVE
ERIE PA  16511-2722

60   1,500      319   1,819
HILLIARD LYONS CUST FOR
BARBARA J OMARK  ROTH-IRA
CONTRIBUTORY ACCOUNT

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

842 PARK PLACE DRIVE
PALATINE IL  60067-6962

| 60 | 1,500 | 319 | 1,819 |

GEORGE C SCHLINDER
3504 S CLEMENT AVE
MILWAUKEE WI  53207-3502

| 58 | 1,450 | 308 | 1,758 |

DOYLE & ELEANOR MELUGIN
VICKI KENNEDY ET AL TTEES
U/A DTD 09/24/04
DOYLE MELUGIN FAMILY TRUST
241 MONTANA WAY
LOS OSOS CA  93402-3605

| 57 | 1,425 | 303 | 1,728 |

ESTHER B SULLIVAN
1613 OVERHILL RD
COLUMBIA SC  29223-3620

| 55 | 1,375 | 293 | 1,668 |

JANICE Y BAUMBACH
CUSTODIAN FOR
KATHRYN E BAUMBACH
UNIFORM TRANSFER TO MINORS PA
1301 SPRING LAKE DRIVE
ERIE PA  16505-1108

| 55 | 1,375 | 293 | 1,668 |

HILLIARD LYONS CUST FOR
DAVID H LUND  IRA
22525 NE 39TH WAY
REDMOND WA  98053-8257

| 55 | 1,375 | 293 | 1,668 |

HAROLD R THOMPSON
8141 FARNAM DR 314
OMAHA NE 68114

| 52 | 1,300 | 277 | 1,577 |

Preferred Security Non-Objecting Owners
As of 12/23/2004

Shares        Par        Interest      Claim

        KENNETH A MEADE AND
        JUDY M MEADE JTWROS
        19649 CONCORD LOOP
        COUNCIL BLFS IA  51503-5671


51    1,275      271   1,546
        JILL DIANA ALEXANDER ROTH IRA
        AMERITRADE INC CUSTODIAN
        401 HARRISON  PO BOX 1126
        TWISP  WA  98856


50    1,250      266   1,516
        ADVEST INC. C/F
        JUDITH K KEITH
        IRA
        1062 HEMLOCK ROAD
        COMMODORE         PA 15729-8023


50    1,250      266   1,516
        CHRIS KIMMEL
        RD # 2 BOX 155
        SHELOCTA        PA 15774-9605


50    1,250      266   1,516
        PHILIP W KIMMEL &
        LINDA L KIMMEL JT TEN
        6801 PENFIELD COURT
        PROSPECT        KY 40059-8810


50    1,250      266   1,516
        LYDIA H WILLIAMS
        305 BROOKE MEADOW ROAD
        KENSINGTON       CT 06037-2836


50    1,250      266   1,516
        ANN E WAKEFIELD SUCC TTEE
        WILLIAM C HASELWOOD TRUST
        U/A DTD 09/05/02
        6445 WINTERWOOD DR
        NASHPORT OH  43830-9740

Acceptance Insurance Companies Inc.
Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|

50    1,250    266   1,516
      DAWN M WELLSFRY IRA
      FCC AS CUSTODIAN
      1151 YOSEMITE RD
      OCONOMOWOC WI  53066-2296


50    1,250    266   1,516
      DIANE L QUAINTANCE TR
      DIANE L QUAINTANCE TRUST
      U/A DATED 9/17/97
      16995 S FOUR CORNERS ROAD
      GARDNER KS  66030-8901


50    1,250    266   1,516
      HAROLD QUAINTANCE JR TR
      HAROLD QUAINTANCE TRUST
      U/A DATED 9/17/97
      16995 S FOUR CORNERS
      GARDNER KS  66030-8901


45    1,125    239   1,364
      HILLIARD LYONS CUST FOR
      JOHN MCLAUGHLIN IRA
      15 OLD QUARRY RD
      WOODBRIDGE CT  16525


45    1,125    239   1,364
      JOHN SCHULZE
      CHARLES SCHWAB & CO INC CUST
      IRA ROLLOVER
      204 MADISON AVE
      ERIE PA                    16505


40    1,000    213   1,213
      LAURA ANN HOLDEN &
      JOHN J HOLDEN JTWROS
      49 OAK TREE DRIVE
      BROWNSBURG IN  46112-8362


35    875  186   1,061
      HILLIARD LYONS CUST FOR
      DIANE E FISHER  IRA-ROLLOVER

Preferred Security Non-Objecting Owners
As of 12/23/2004

Shares        Par          Interest       Claim

        306 ILLINOIS AVE
        ERIE PA  16505-2344


30      750   160   910
        BETTY J MORINELLI
        5056 GROVER #7
        OMAHA NE 68106


28      700   149   849
        GWEN MAYS
        IRA ROLLOVER
        TD WATERHOUSE BANK CUSTODIAN
        3906 MACMURTRY CT
        MARTINEZ CA  94553-3023


25      625   133   758
        WILL N BROOKS
        19623 JOY RD
        DETROIT MI 48228-2926


25      625   133   758
        HILLIARD LYONS CUST FOR
        GILLIAN T GAVIN  SEP-IRA
        1242 W 9 ST
        ERIE PA  16502-1021


23      575   122   697
        LAURIE BELTON ACKERMAN
        219 WINFIELD ST
        SAN FRANCISCO     CA 94110-4056


20      500   106   606
        ROBERT HANEY
        702 SOUTH 91ST AVE
        OMAHA             NE 68114-5008

Preferred Security Non-Objecting Owners
As of 12/23/2004


| Shares | | Par | | Interest | Claim |
|---|---|---|---|---|---|

12   300  64   364
GREGORY JAMES GHERARDI &
ANNE MARIE GHERARDI JT TEN
107 CROYDON ROAD
YONKERS NY              10710


10   250  53   303
PAMELA D ARNOLD C/F
CODY JAMES WHITE UTMA PA
901 STATE ST
ERIE PA  16501-1414


8   200  43   243
NEAL  S REIMSCHUSSEL
27712 N. HEARTWOOD CT.
VALENCIA  CA  91354


4   100  21   121
PTC CUST IRA ROLLOVER FBO
CONNIE J BAKER
1421 35TH STREET NW
WASHINGTON DC  20007


2   50  11   61
FIRST CLEARING  LLC
ATTN  PROXY DEPT
10700 WHEAT FIRST DRIVE
GLEN ALLEN  VA 23060


1   25  5   30
ADVEST  INC.
DIVIDEND REINVESTMENT
ATTN: VELDA KWAAK
90 STATE HOUSE SQ
HARTFORD        CT 06103-3708


0   0   0    0
ETS DIVIDEND REINVESTMENT
TRADING DEPT
10951 WHITE ROCK RD
RANCHO CORDOVA CA  95670

Preferred Security Non-Objecting Owners
As of 12/23/2004

| Shares | Par | Interest | Claim |
|--------|-----|----------|-------|
| - | - | - | - |
| 3,795,000 | 94,875,000 | 20,184,998 | 115,059,998 | TOTAL |